UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI,

      Plaintiffs,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiffs reside here and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, ANDREA L. SCLAFANI is a natural person, and citizen of the State of Florida, residing in Broward County, Florida. LAWRENCE M. SCLAFANI is the husband of Plaintiff, ANDREA L. SCLAFANI.

4.      Plaintiff, LAWRENCE M. SCLAFANI, is a natural person, and citizen of the State of Florida, who resides in Broward County, Florida.

5.      Defendant, NATIONAL ASSET RECOVERY SERVICES, INC., is a corporation with its principal place of business at Suite 300, 16253 Swingley Ridge, Chesterfield, Missouri 63017.

6.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7.      Defendant regularly collects or attempts to collect debts for other parties.

8.      Defendant is a "debt collector" as defined in the FDCPA.

9.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

10.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

11.     Plaintiff, ANDREA L. SCLAFANI, is the sole obligor on the alleged

debts.

12.     Plaintiff, LAWRENCE M. SCLAFANI, is not liable for the alleged

debts.

13.     Defendant left the following messages on Plaintiff, LAWRENCE M.

SCLAFANI's voice mail, on his cellular telephone as indicated; and on Plaintiff,

ANDREA L. SCLAFANI's voice mail, on her cellular and home telephone, as

indicated, on or about the dates stated:

> May 7, 2009 – Pre-Recorded Message on Andrea's Cellular Phone
> Hello.  This message is for Andrea Sclafani.  If you are not Andrea Sclafani,
> please hang up now or if this message has been recorded, please stop at this
> point.  By continuing to listen to this message, you acknowledge you are
> Andrea Sclafani.  This is not a solicitation call.  This message is from
> National Assets Recovery Services, a debt collector attempting to collect a
> debt and any information obtained will be used for that purpose.  Please
> contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.
>
> May 11, 2009 – Pre-Recorded Message on Andrea's Cellular Phone
> (Inaudible) If this is Andrea Sclafani, Please press 1 now, if this is not
> Andrea Sclafani please press 2 now, Hello this message is for Andrea
> Sclafani, if you are not Andrea Sclafani please hang up now or if this
> message has been recorded, please stop at this point.  By continuing to listen
> to this message, you acknowledge you are Andrea Sclafani.  This is not a
> solicitation call.  This message is from National Assets Recovery Services, a
> debt collector attempting to collect a debt and any information obtained will
> be used for that purpose.  Please contact us at 866-869-5502.  Thank you for
> your cooperation.  Goodbye.
>
> May 14, 2009 – on Andrea's Cellular Phone
> Hi Andrea.  This is Miss Francis.  Get in touch with me today at 866-869-
> 5502.

<u>May 22, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
If this is Andrea Sclafani please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani if you are not Andrea Sclafani please hang up now or if this message has been recorded please stop at this point, by containing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain with used for that purpose. Please contact us at 866-869-5502 Thank for your cooperation. Good bye.

<u>May 26, 2009 – on Lawrence's Cellular Phone</u>
Hi Andrea this is Norris give me a call 866-869-5502, 866-869-5502. Thanks.

<u>May 30, 2009 – Pre-Recorded Message on Andrea's Cellular Phone</u>
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now.  Hello.  This message is for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

<u>June 8, 2009 – Pre-Recorded Message on Andrea's Cellular Phone</u>
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now. Hello.  This is a message for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

<u>June 10, 2009 – Pre-Recorded Message on Andrea's Cellular Phone</u>
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now.  Hello.  This message is for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this

message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

June 12, 2009 – on Andrea's Cellular Phone
Andrea Sclafani, this is Miss Fraser.  Definitely give me a call.  866-869-5502 Extension 46604.  Thanks.  Goodbye.

June 19, 2009 – on Andrea's Cellular Phone
Andrea, it's imperative.  It's Kathleen.  It's 866-869-5502.

June 24, 2009 – Pre-Recorded Message on Andrea's Cellular Phone
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now.  Hello.  This message is for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

June 27, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 1, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been

recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

<u>July 3, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

<u>July 13, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

<u>July 14, 2009 at 1:35 PM – Pre-Recorded Message on Lawrence's Cellular Phone</u>
Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

<u>July 14, 2009 at 7:19 PM – on Lawrence's Cellular Phone</u>

6

This message is intended for Andrea, Andrea (inaudible) return a call to my office today at 1-866-869-5502.

<u>July 16, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
Once again if this is Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

<u>July 20, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

<u>July 22, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
Once again, If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

<u>August 11, 2009 at 9:31 AM – Pre-Recorded Message on Lawrence's Cellular Phone</u>

Once again, If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Once again this is an important call for Andrea Sclafani, This not a telemarketing call please ask Andrea Sclafani to call us at 866-869-5502. Thank you, Good bye.

August 11, 2009 at 4:24 PM – on Lawrence's Cellular Phone
Hello Andrea, it is imperative that you get in touch with Noel; the phone number is 866-869-5502. I definitely need for you to get in touch with me today. Thank you.

August 14, 2009 – on Lawrence's Cellular Phone
Hi, Andrea, please return (inaudible)  866-869-5502.

August 17, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone
Once again, If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

September 4, 2009 – on Lawrence's Cellular Phone
Hi, Andrea please return to Teresa 866-869-5502, that's 866-869-5502. Thank you.

September 16, 2009 – on Lawrence's Cellular Phone
Hi, Andrea return call to Ms. Alder 866-616-3671.

September 23, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation. Goodbye.

8

<u>October 8, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
Hello this message is for Andrea Sclafani,  if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

<u>October 9, 2009 – on Lawrence's Cellular Phone</u>
Andrea it is imperative and also in your best interest that you get in touch with Noel; you definitely need to so today. The phone number is 866-869-5502.

<u>October 22, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

<u>October 26, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
Once again, If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

<u>October 29, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone</u>
If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded

please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

November 2, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone
If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

November 5, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone
This message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

December 3, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone
If this is Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now; Hello this message is for Andrea Sclafani,  if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

December 4, 2009 – Pre-Recorded Message on Lawrence's Cellular Phone

If this is Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now; Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

January 8, 2010 – Pre-Recorded Message on Lawrence's Cellular Phone
Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now; Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

January 12, 2010 – on Lawrence's Cellular Phone
This message is for Andrea Sclafani, it is important that you return call to Chris at 866-271-7241 or 866-616-3671. You can contact me at 866-616-3671. Thank you and have a good day.

January 23, 2010 – Pre-Recorded Message on Lawrence's Cellular Phone
This Message is for Andrea Sclafani, if you are not Andrea Sclafani please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call, This message is from National Asset Recovery Services. A debt collector attempting to collect a debt an any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

January 27, 2010 – on Lawrence's Cellular Phone
Hey Andrea this is (inaudible) I have been trying to get contact with you. Call me (inaudible). The number you can reach me at is ahhhhh 866-616-3671.(inaudible) and looking forward to hearing from you.

<u>March 15, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>March 18, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>March 23, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>March 24, 2010 – on Andrea's Home Phone</u>
Call again is for Andrea Sclafani—hope I'm saying your last name correctly. Ms. Sclafani, I need to speak to you. My name is Keith Scott. My phone number is a toll-free call of 1 triple-8 754-0373. My direct extension will be 11132. Your case numbers—or correction—the case number that I have here is 4108280. This again is not a sales call nor a telemarketing matter. I do need to speak with you about this as soon as possible. That's 1 triple-8 754-0373 and direct extension is 11132. Thank you and have a good day.

<u>March 26, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge that you are

Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>March 27, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>March 29, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>March 30, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>March 31, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>April 2, 2010 – on Andrea's Home Phone</u>
This call again is for Andrea Sclafani. Ms. Sclafani, I need to speak to you. My name is Keith Scott. I'm calling from a company called National Asset Recovery Services. Ms. Sclafani, I have 2 accounts with you at my office that I do need to speak with you about as soon as possible. My number's a toll free at 1-888-754-0373. My direct extension on this matter will be 1132. Your case number is 4108280. Again, this is not a sales call Ms. Sclafani, nor a telemarketing matter. I've been trying to get in contact with you now for 30 days and today makes 30 days. I'm in the office until 12 noon. Good luck Ms. Sclafani and have a good day.

<u>April 12, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>April 14, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This is a message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>April 15, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>
Hello. This is a message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

<u>April 16, 2010 – Pre-Recorded Message on Andrea's Home Phone</u>

14

Hello. This is a message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

April 20, 2010 – Pre-Recorded Message on Andrea's Home Phone
Hello. This is a message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

April 22, 2010 – Pre-Recorded Message on Andrea's Home Phone
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

April 24, 2010 – Pre-Recorded Message on Andrea's Home Phone
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

April 25, 2010 – Pre-Recorded Message on Andrea's Home Phone
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from

National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

April 26, 2010 – Pre-Recorded Message on Andrea's Home Phone
Hello. This is a message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 888-754-0373. Thank you for your cooperation. Goodbye.

14.     Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

15.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

16.     Defendant failed to inform Plaintiff, ANDREA L. SCLAFANI, in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

17.     Defendant knew it was required to disclose that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff, ANDREA L. SCLAFANI.

18.     Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place numerous telephone calls to Plaintiff,

LAWRENCE M. SCLAFANI's cellular telephone, and also to Plaintiff ANDREA L. SCLAFANI's cellular telephone.

19.     Plaintiffs, LAWRENCE M. SCLAFANI and ANDREA L. SCLAFANI, did not expressly consent to Defendant's placement of telephone calls to their cellular telephones by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

20.     None of Defendant's telephone calls placed to Plaintiffs were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

21.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

22.     Plaintiffs incorporate Paragraphs 1 through 21.

23.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff, ANDREA L. SCLAFANI, requests that the Court enter judgment in her favor and against Defendant for:

   a.     Damages;

   b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

24.    Plaintiffs incorporate Paragraphs 1 through 21.

25.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff, ANDREA L. SCLAFANI, requests that the Court enter judgment in her favor and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

26.    Plaintiffs incorporate Paragraphs 1 through 21.

27.     Defendant caused Plaintiffs' telephones to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See _Sanchez v. Client Servs_., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiffs request that the Court enter judgment in their favor and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

28.     Plaintiffs incorporate Paragraphs 1 through 21.

29.     Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiffs' cellular telephones to which Plaintiffs had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiffs request that the Court enter judgment in their favor and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

30.     Plaintiffs incorporate Paragraphs 1 through 21.

31.     By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiffs' cellular telephones to which Plaintiffs had not consented, and by telephoning Plaintiffs with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

32.     The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div*., 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiffs request that the Court enter judgment in their favor and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit;

c.      declaring that Defendant's practices violate the FCCPA;

20

    d.     permanently injoining Defendant from engaging in the complained of practices; and

    e.     Such other or further relief as the Court deems proper.

**COUNT VI**
**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**

33.    Plaintiffs incorporate Paragraphs 1 through 21.

34.    Defendant placed non-emergency telephone calls to Plaintiffs' cellular telephones using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiffs' prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiffs request that the Court enter judgment in their favor and against Defendant for:

    a.     Damages;

    b.     a declaration that Defendant's calls violate the TCPA;

    c.     a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    d.     Such other or further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

21

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658