UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60808-Civ-Cohn/Seltzer

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,

    Defendant.
_____/

# FIRST AMENDED COMPLAINT
## JURY DEMAND

1.    Plaintiff LAWRENCE M. SCLAFANI, alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    The Court has diversity jurisdiction under 28 U.S.C. §1332. The citizenship of the parties is diverse. Plaintiff is a citizen of Florida and Defendant is a citizen of Missouri. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

3.    Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

4. Plaintiff, LAWRENCE M. SCLAFANI, is a natural person, and citizen of the State of Florida, who resides in Broward County, Florida.

5. Defendant, NATIONAL ASSET RECOVERY SERVICES, INC., is a corporation with its principal place of business at Suite 300, 16253 Swingley Ridge, Chesterfield, Missouri 63017.

6. Defendant was acting as a debt collector with respect to the collection of an alleged debt.

## FACTUAL ALLEGATIONS

7. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

8. Plaintiff, LAWRENCE M. SCLAFANI, is not liable for the alleged debts.

9. Defendant left messages, including but not limited to, the following messages on Plaintiff's, LAWRENCE M. SCLAFANI's, voice mail on his cellular telephone as indicated on or about the dates and stated:

> May 7, 2009 – Pre-Recorded Message on Cellular Phone
> Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Assets Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation. Goodbye.

<u>May 11, 2009 – Pre-Recorded Message on Cellular Phone</u>
(Inaudible) If this is Andrea Sclafani, Please press 1 now, if this is not Andrea Sclafani please press 2 now, Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Assets Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

<u>May 14, 2009 – on Cellular Phone</u>
Hi Andrea.  This is Miss Francis.  Get in touch with me today at 866-869-5502.

<u>May 22, 2009 – Pre-Recorded Message on Cellular Phone</u>
If this is Andrea Sclafani please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani if you are not Andrea Sclafani please hang up now or if this message has been recorded please stop at this point, by containing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain with used for that purpose. Please contact us at 866-869-5502 Thank for your cooperation. Good bye.

<u>May 26, 2009 – on Cellular Phone</u>
Hi Andrea this is Norris give me a call 866-869-5502, 866-869-5502.  Thanks.

<u>May 30, 2009 – Pre-Recorded Message on Cellular Phone</u>
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now.  Hello.  This message is for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

3

June 8, 2009 – Pre-Recorded Message on Cellular Phone
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now. Hello.  This is a message for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

June 10, 2009 – Pre-Recorded Message on Cellular Phone
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now.  Hello.  This message is for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

June 12, 2009 – on Cellular Phone
Andrea Sclafani, this is Miss Fraser.  Definitely give me a call.  866-869-5502 Extension 46604.  Thanks.  Goodbye.

June 19, 2009 – on Cellular Phone
Andrea, it's imperative.  It's Kathleen.  It's 866-869-5502.

June 24, 2009 – Pre-Recorded Message on Cellular Phone
Once again, if this is Andrea Sclafani, please press 1 now.  If this is not Andrea Sclafani, please press 2 now.  Hello.  This message is for Andrea Sclafani.  If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point.  By continuing to listen to this message, you acknowledge you are Andrea Sclafani.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-869-5502.  Thank you for your cooperation.  Goodbye.

June 27, 2009 – Pre-Recorded Message on Cellular Phone
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 1, 2009 – Pre-Recorded Message on Cellular Phone
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 3, 2009 – Pre-Recorded Message on Cellular Phone
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 13, 2009 – Pre-Recorded Message on Cellular Phone
Once again is this Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this

message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 14, 2009 at 1:35 PM – Pre-Recorded Message on Cellular Phone
Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 14, 2009 at 7:19 PM – on Cellular Phone
This message is intended for Andrea, Andrea (inaudible) return a call to my office today at 1-866-869-5502.

July 16, 2009 – Pre-Recorded Message on Cellular Phone
Once again if this is Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 20, 2009 – Pre-Recorded Message on Cellular Phone
If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

July 22, 2009 – Pre-Recorded Message on Cellular Phone
Once again, If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

August 11, 2009 at 9:31 AM – Pre-Recorded Message on Cellular Phone
Once again, If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Once again this is an important call for Andrea Sclafani, This not a telemarketing call please ask Andrea Sclafani to call us at 866-869-5502. Thank you, Good bye.

August 11, 2009 at 4:24 PM – on Cellular Phone
Hello Andrea, it is imperative that you get in touch with Noel; the phone number is 866-869-5502. I definitely need for you to get in touch with me today. Thank you.

August 14, 2009 – on Cellular Phone
Hi, Andrea, please return (inaudible)  866-869-5502.

August 17, 2009 – Pre-Recorded Message on Cellular Phone
Once again, If this is Andrea Sclafani, please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-869-5502. Thank you for your cooperation, Good bye.

September 4, 2009 – on Cellular Phone
Hi, Andrea please return to Teresa 866-869-5502, that's 866-869-5502. Thank you.

September 16, 2009 – on Cellular Phone
Hi, Andrea return call to Ms. Alder 866-616-3671.

September 23, 2009 – Pre-Recorded Message on Cellular Phone
Hello. This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up now or if this message has been recorded, please stop at this point. By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation. Goodbye.

October 8, 2009 – Pre-Recorded Message on Cellular Phone
Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

October 9, 2009 – on Cellular Phone
Andrea it is imperative and also in your best interest that you get in touch with Noel; you definitely need to so today. The phone number is 866-869-5502.

October 22, 2009 – Pre-Recorded Message on Cellular Phone
If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

October 26, 2009 – Pre-Recorded Message on Cellular Phone
Once again, If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea

Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

October 29, 2009 – Pre-Recorded Message on Cellular Phone
If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

November 2, 2009 – Pre-Recorded Message on Cellular Phone
If this is Andrea Sclafani please press 1 now; if this is not Andrea Sclafani please press 2 now. Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

November 5, 2009 – Pre-Recorded Message on Cellular Phone
This message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

December 3, 2009 – Pre-Recorded Message on Cellular Phone

If this is Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now; Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

December 4, 2009 – Pre-Recorded Message on Cellular Phone
If this is Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now; Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

January 8, 2010 – Pre-Recorded Message on Cellular Phone
Andrea Sclafani, please press 1 now, if this is not Andrea Sclafani please press 2 now; Hello this message is for Andrea Sclafani, if you are not Andrea Sclafani, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call this message is from National Asset Recovery Services, a debt collector attempting to collect a debt any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.

January 12, 2010 – on Cellular Phone
This message is for Andrea Sclafani, it is important that you return call to Chris at 866-271-7241 or 866-616-3671. You can contact me at 866-616-3671. Thank you and have a good day.

January 23, 2010 – Pre-Recorded Message on Cellular Phone
This Message is for Andrea Sclafani, if you are not Andrea Sclafani please hang up now or if this message has been recorded please stop at this point.

10

>By continuing to listen to this message you acknowledge you are Andrea Sclafani. This is not a solicitation call, This message is from National Asset Recovery Services. A debt collector attempting to collect a debt an any information obtained will be used for that purpose. Please contact us at 866-616-3671. Thank you for your cooperation, Good bye.
>
>January 27, 2010 – on Cellular Phone
>Hey Andrea this is (inaudible) I have been trying to get contact with you. Call me (inaudible). The number you can reach me at is ahhhhh 866-616-3671.(inaudible) and looking forward to hearing from you.

10. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

11. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

12. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place at least 164 telephone calls to Plaintiff, LAWRENCE M. SCLAFANI's cellular telephone.

13. Plaintiff, LAWRENCE M. SCLAFANI, did not expressly consent to Defendant's placement of telephone calls to his cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

14. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

15. Defendant willfully or knowingly violated the TCPA.

11

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

16. Plaintiff incorporates Paragraphs 1 through 15.

17. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant's calls violate the TCPA;

    c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

                                        DONALD A. YARBROUGH, ESQ.
                                        Attorney for Plaintiff
                                        Post Office Box 11842

       Ft. Lauderdale, FL 33339
       Telephone: 954-537-2000
       Facsimile: 954-566-2235
       donyarbrough@mindspring.com


    By: s/ Donald A. Yarbrough
      Donald A. Yarbrough, Esq.
      Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60808-Civ-Cohn/Seltzer

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Matthew A. Rabin, Esq.
Douberley & Cicero
Suite 590
1000 Sawgrass Corporate Parkway
Sunrise, FL 33323
Telephone: 954-626-5054
Facsimile: 954-838-8842

Via Notices of Electronic Filing generated by CM/ECF