UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60808-Civ-Cohn/Seltzer

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiffs, Andrea L. Sclafani and Lawrence M. Sclafani, submit this Notice of Pending Settlement and state that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file a notice of dismissal with the Court.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60808-Civ-Cohn/Seltzer

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Matthew A. Rabin, Esq.
Douberley & Cicero
Suite 590
1000 Sawgrass Corporate Parkway
Sunrise, FL 33323
Telephone: 954-626-5054
Facsimile: 954-838-8842

Via Notices of Electronic Filing generated by CM/ECF