UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60808-Civ-Cohn/Seltzer

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Matthew A. Rabin, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Douberley & Cicero |
| Fort Lauderdale, Florida 33339 | Suite 590 |
| Telephone: 954-537-2000 | 1000 Sawgrass Corporate Parkway |
| Facsimile: 954-566-2235 | Sunrise, FL 33323 |
| | Telephone: 954-626-5054 |
| | Facsimile: 954-838-8842 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Matthew A. Rabin |
| Donald A. Yarbrough, Esq. | Matthew A. Rabin, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60808-Civ-Cohn/Seltzer

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Matthew A. Rabin, Esq.
Douberley & Cicero
Suite 590
1000 Sawgrass Corporate Parkway
Sunrise, FL 33323
Telephone: 954-626-5054
Facsimile: 954-838-8842

Via Notices of Electronic Filing generated by CM/ECF