UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60808-CIV-COHN/SELTZER

ANDREA SCLAFANI and
LAWRENCE SCLAFANI,

   Plaintiff,

v.

NATIONAL ASSET RECOVERY
SERVICES, INC.,

   Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice [DE 53] ("Joint Stipulation"). Having reviewed the Joint Stipulation and the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action are **DISMISSED with prejudice**, with each party bearing its own fees and costs except as otherwise agreed by the parties. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 2nd day of March, 2011.

_/s/ James I. Cohn_
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF